No. 29—THE CITY OF NEWARK, PLAINTIFF-APPELLANT, v. THE NATIONAL SILK DYEING COMPANY, DEFENDANT-RESPONDENT.

No. 30—THE CITY OF NEWARK, PLAINTIFF-APPELLANT. v. THE WEIDMANN SILK DYEING COMPANY, DEFENDANT-RESPONDENT.

Argued November 9 and 10, 1922—Decided March 13, 1923.

On appeal from the Passaic Circuit Court.

Before Justices KALISCH, BLACK and KATZENBACH.

PER CURIAM.

The judgments in the above two cases Nos. 29 and 30 are affirmed, for the reasons stated in the opinion in No. 27, the Acquackanonk Water Co. v. the Weidmann Silk Dyeing Co.

The judgments of the Passaic Circuit Court are affirmed.

Note.—See Acquackanonk Water Co. v. Weidmann Silk Dyeing Co., Adv. R., p. 248.